UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 0 3 2009
P.M.
TIME A.M.

TEDDY MOORE,

        Plaintiff,

    - against -

JAMES A. LIANDER, SGT. JOHN KEENA,
THOMAS D. RAFFAELE, JOSEPH A. ZAYAS,

        Defendants.
-----------------------------------------------------------X

**ORDER**
**08 CV 2449 (RRM)(LB)**

**BLOOM, United States Magistrate Judge:**

By Order dated October 21, 2009, the Court directed the Office of the Attorney General of the State of New York to provide the service address for defendant Zayas, pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d. Cir. 1997)(per curiam). See document 17. By letter dated October 28, 2009, the Assistant Attorney General provides the following information:

    The Honorable Joseph A. Zayas
    Criminal Court of the City of New York
    125-01 Queens Boulevard, Chambers 224
    Kew Gardens, NY 11415

The Clerk of Court is hereby directed to prepare the necessary papers to have this defendant served with process. The United States Marshals Service is hereby directed to serve the summons and complaint on defendant at the address listed above.

SO ORDERED.

                        LOIS BLOOM
                        United States Magistrate Judge

Dated: November 2, 2009
      Brooklyn, New York