**Teddy Moore**
83-26 Broadway #301
Elmhurst NY 11373
917-715-7317
E-mail address: tm738@yahoo.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 16 2009
P.M.
TIME A.M.

November 13, 2009

To: Mr. Lois Bloom, Magistrate Judge
U.S Federal Court for EDNY
225 Cadman Plaza East
Brooklyn NY 11201

RE: Moore Vs. City of NY et al. case: 08 –CIV-02449(RRM)(LB)

*[Handwritten annotation:]* The Court shall schedule an initial conference once defendants respond to the complaint. Discovery is stayed pending the initial conference. The application is ___ granted, ✓ denied. SO ORDERED; /S/ Lois Bloom, U.S.M.J. Dated: 11/20/09 Brooklyn, New York

Dear Judge Bloom,

This is my request to skip/apply the conference under rule 26 (f) and allow me to serve the parties and third parties with interrogatories/written deposition as follows:

1. This is a case pending before this court since June 2008. Based on the order of the court as of 7/28/09 it is unlikely that defendants will be able to come up with a non-frivolous motion to dismiss the amended complaint and therefore all that we are waiting for is that Defendants will please to answer the complaint and deny all the allegation of the complaint.

2. Defendants 3, 4 were granted an extension of time to answer the complaint by 11/13/09 and failed to do so. I requested from the court in a letter dated 10/16/09 to set a pre motion-conference to decide amongst other issues of the eligibility for a judgment by default which has not been adjudicated yet. Assuming that an order

of extension of time will be granted until defendants will please to answer, it will be on the other hand fair and efficient to allow me to start submitting to defendants 3,4 interrogatories/depositions in writing as well to issue interrogatories/deposition in writing to third parties who have relevant information about this case.(Third parties will include Defendants 5,6 who have not answered yet and the time to answer has not expired(11/30/09) and/or they have not been served as of now but they know about the litigation here and are represented by same counsel.)

3. I am entitled to serve such requests without leave of court under the federal rules 31(a)1 and 33 but because I anticipate requests for further extension of time(Which is their only defense) and also objections by respondents to answer, which may further delay the process, I prefer to get leave of court to proceed.

4. Such order of the court will expedite the process and contribute to the fairness and efficiency of the litigation as a matter of due process.

Thank you,

Teddy Moore

CC:  Kathleen E. Naughton
     Assistant Corporation Counsel
     Law Department
     100 Church Street
     New York, NY 10007
     Email:knaughto@law.nyc.gov
     Phone: 212-788-9567
     Fax:   212-788-9776

     Susan Anspach
     Assistant attorney general
     Office of the attorney general
     120 Broadway 24th Floor
     New York, NY 10271-0332
     Email: susan.anspach@oag.state.ny.us
     Phone: 212-416-8548
     Fax:   212-416-6075

     Pro Se Clerk,
     Federal court EDNY
     225 Cadman Plaza East
     Brooklyn NY 11201
     Phone: 718-613-2674